# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147479

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ROBERT JAMES MORGAN,
　　　　Defendant-Appellant.

SC: 147479
COA: 312038
Genesee CC: 11-029603-FH

_____/

　　　　On order of the Court, the application for leave to appeal the June 25, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013

Clerk

h1021